**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. MILES, | No. C 08-5473  SI |
| Plaintiff, | **ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c)** |
| v. | |
| THE U.S. GOVERNMENT, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the Court refers this case to Judge Jeffrey S. White, the judge assigned to *Jonathan w. Miles v. U.S. Government, et al.,* No.  C 07-1092 JSW,  for determination whether the cases are related.  This Clerk shall send this order to all parties in both cases, and, pursuant to Civil Local Rule 3-12(c), the parties must file any responses in opposition to or in support of relating the cases pursuant to Civil Local Rule 3-12(d).

**IT IS SO ORDERED.**

Dated: December 18, 2008

SUSAN ILLSTON
United States District Judge