**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JONATHAN W. MILES,

10            Plaintiff,                          No. 08-05473 JSW

11       v.                                       **ORDER OF DISMISSAL**

12   US GOVERNMENT,

13            Defendant.
                                          /

14

15       Pursuant to the Plaintiff's letter filed April 9, 2009, requesting that the matter be

16   dismissed, this matter is HEREBY DISMISSED without prejudice.

17       **IT IS SO ORDERED.**

18

19   Dated: May 7, 2009                    _____
                                           JEFFREY S. WHITE
20                                         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN W. MILES,

        Plaintiff,

  v.

US GOVERNMENT et al,

        Defendant.
                          /

Case Number: CV08-05473 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan W. Miles
515 Third St.
P.O. Box 12546
Seattle, WA 98104

Dated: May 7, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2